# UNITED STATES BANKRUPTCY COURT
# EASTERN DIVISION OF MICHIGAN
# SOUTHERN DIVISION

IN RE: Lillian K Russell

Case Number: 04-66147-MBM
Chapter 13
Judge MARCI B. MCIVOR

## NOTICE OF UNCLAIMED DIVEDENDS

TO: CLERK OF THE COURT

The Trustee has attempted to deliver funds to the payee listed below in the course of administration of the estate. Having been unsuccessful in delivery of those funds, the Trustee has deposted those funds with the Clerk of the Court pursuant to 11 U.S.C. 347(a).

| Payee Name and Address | Claims Register # | Transmittal Check Number to Clerk | Check Date | CheckAmount |
|---|---|---|---|---|
| CAPITAL ONE<br>P O BOX 85167<br>RICHMOND, VA 23285-5167 | 4 | 2545115 | February 11, 2010 | $287.10 |

Dated: February 15, 2010

/s/ David Wm. Ruskin
For the Office of the Chapter 13 Standing Trustee
David Wm. Ruskin
26555 Evergreen Ste 1100
Southfield MI 48076
(248) 352-7755

04-66147-mbm    Doc 67    Filed 02/15/10    Entered 02/15/10 15:11:59    Page 1 of 1